**Jerome Anthony MORRIS,**
**Petitioner-Appellant,**

v.

**Bart MASTERS, Warden,**
**Respondent-Appellee.**

**No. 17-6500**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 16, 2017

Decided: August 31, 2017

Jerome Anthony Morris, Appellant Pro Se. Meredith George Thomas, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Anthony Morris, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Morris v. Masters*, No. 1:15-cv-04912, 2017 WL 1196654 (S.D. W. Va. Mar. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*